**Dismiss and Opinion Filed May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00471-CR

### LAVINTUS TOBIUS PERRY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 6
### Dallas County, Texas
### Trial Court Cause No. F12-58415-X

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

130471F.U05